# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR CUEZ-SALAZAR, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>RONALD E. BRINGARD, et al.,<br><br>        Defendants.<br>_____<br>YVONNE SUAZO DE JIMENEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>RONALD E. BRINGARD, et al.,<br><br>        Defendants.<br>_____ | Lead Case No.: 2:14-cv-01570-RFB-CWH<br>Member Cases: 2:15-cv-00552-RFB-CWH<br>                    2:15-cv-00942-RFB-CWH<br><br>**ORDER** |

     Presently before the Court is Plaintiff Sandra Hernandez counsel's Emergency Motion to Withdraw as Counsel (ECF No. 27). Counsel states that he has been unable to locate Plaintiff Sandra Hernandez in the United States and that it is his understanding that she is in Mexico. Despite hiring a private investigator to attempt to locate Plaintiff Sandra Hernandez, counsel has been unable to locate her and is unable to communicate with her regarding this case. Having reviewed and considered the motion, and good cause appearing,

     IT IS ORDERED that Plaintiff Sandra Hernandez counsel's Emergency Motion to Withdraw as Counsel (ECF No. 27) is GRANTED.

     IT IS FURTHER ORDERED that withdrawing counsel must serve a copy of this Order on Plaintiff Sandra Hernandez at her last known address.

///

IT IS FURTHER ORDERED that on or before December 4, 2015, Plaintiff Sandra Hernandez must file a written notice with the Court stating whether she intends to represent herself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Plaintiff Sandra Hernandez on or before December 4, 2015.

DATED: November 4, 2015

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**