# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR CUEZ-SALAZAR, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>RONALD E. BRINGARD, et al.,<br><br>　　　　　Defendants.<br>_____<br>YVONNE SUAZO DE JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RONALD E. BRINGARD, et al.,<br><br>　　　　　Defendants.<br>_____ | Lead Case No.: 2:14-cv-01570-RFB-CWH<br>Member Cases: 2:15-cv-00552-RFB-CWH<br>　　　　　　　　　2:15-cv-00942-RFB-CWH<br><br>**ORDER** |

　　　　On November 5, 2015, the court entered an order granting attorney Eric R. Blank's motion to withdraw as attorney for Plaintiff Sandra Hernandez. (Order (ECF No. 28).) The court further ordered Mr. Blank to serve a copy of the court's order on Plaintiff Hernandez. (*Id.*) Counsel is ordered to file proof of that service by December 17, 2015.

　　　　IT IS SO ORDERED.

　　　　IT IS FURTHER ORDERED that the Clerk of Court must serve this order on attorney Eric R. Blank via CM/ECF, the court's electronic filing system.

DATED: December 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**