```
 1  Kym S. Cushing
    Nevada Bar No. 4242
 2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    300 South Fourth Street, 11th Floor
 3  Las Vegas, Nevada 89101
    (702) 727-1400; FAX (702) 727-1401
 4  kym.cushing@wilsonelser.com
    *Attorneys for defendants Ronald E. Bringard and Malmgren Transport, Inc.*
 5
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR CUEN-SALAZAR; SAMANTHA CUEN-SALAZAR,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD E. BRINGARD; MALMGREN TRANSPORT, INC.; DOES I through xx, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No: 2:14-cv-01570-RFB-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| YVONNE SUAZO DE JIMENEZ,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD E. BRINGARD; MALMGREN TRANSPORT, INC.; DOES I through xx, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | **Consolidated with**<br>Case No: 2:15-cv-00552-JAD-GWF |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Victor Cuen-Salazar, Samantha Cuen-Salazar and Yvonne Suazo De Jimenez, by and through their attorney of record, Ramzy Paul Ladah, of the Ladah Law Firm, and Defendants, Ronald E. Bringard and Malmgren Transport, Inc., by and through their attorney of record, Kym S. Cushing, of the law firm Wilson Elser Moskowitz Edelman & Dicker, LLP, that the plaintiffs' complaints and all causes of action contained therein as to all defendants in Case No. 2:14-cv-01570-RFB-CWH and Case No.

1198881v.1

2:15-cv-00552-JAD-GWF, presently pending in United States District Court for the District of Nevada, are DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this ___ day of Oct, 2017.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_____
Kym S. Cushing
Nevada Bar No. 4242
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
*Attorneys for defendants Ronald E. Bringard and Malmgren Transport, Inc.*

DATED this ___ day of Oct, 2017.

**LADAH LAW FIRM**

_____
Ramzy Paul Ladah, Esq.
517 South Third Street
Las Vegas, NV 89101
702.252-0055; FAX 702.248-0055
*Attorneys for plaintiffs Victor Cuen-Salazar, Samantha Cuen-Salazar & Yvonne Suazo De Jimenez*

IT IS SO ORDERED.

Dated this 20th day of October, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Page 2 of 2
1198881v.1